# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JOSEPH BUNTON | § |
| | § CIVIL ACTION NO. 4:16-CV-560 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 14, 2017, the report of the Magistrate Judge (Dkt. #17) was entered containing proposed findings of fact and recommendations that the final decision of the Administrative Law Judge be **REMANDED**.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that the decision of the Administrative Law Judge is hereby **REMANDED** for further review.

**IT IS SO ORDERED**.

SIGNED this 31st day of August, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE